

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-25-00035-CV

———————————————

CARL JOHNSON AND PATRICIA JOHNSON, Appellants

V.

AMY HANSON AND RICKY SMITH, Appellees

On Appeal from the 467th District Court
Denton County, Texas
Trial Court No. 22-7701-467

Before Womack, Wallach, and Walker, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered "Appellants' Agreed Voluntary Motion to Dismiss." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Per Curiam

Delivered: February 20, 2025